UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ajmal Akbar dba Community One Financial
and Real Estate Services

        Plaintiff(s),

v.

Lexington Insurance Company

        Defendant(s).

No. C 07-04027 EMC

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: Nov. 6, 2007

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")