1 **Leslie A. Baxter SBN 148195**
lbaxter@randicklaw.com
2 **Patrick E. Guevara, SBN 202727**
pguevara@randicklaw.com
3 **RANDICK O'DEA & TOOLIATOS, LLP**
5000 Hopyard Road, Suite 400
4 Pleasanton, CA 94588
Phone  (925) 460-3700
5 Fax      (925) 460-0969

6 Attorneys for Plaintiff AJMAL AKBAR dba COMMUNITY ONE
FINANCIAL AND REAL ESTATE SERVICES
7

8 **UNITED STATES DISTRICT COURT**

9 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| 12  AJMAL AKBAR, an individual doing business as COMMUNITY ONE FINANCIAL AND REAL ESTATE SERVICES, | Case No.: C07-04027 EMC |
| 13 | **CERTIFICATE OF INTERESTED ENTITIES** |
| 14 | |
| 15                         Plaintiff, | |
| 16               vs. | |
| 17  LEXINGTON INSURANCE COMPANY, a Delaware corporation, | |
| 18                         Defendant. | |

19

20       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

21 associations of persons, firms, partnerships, corporations (including parent corporations) or other

22 entities (i) have a financial interest in the subject matter in controversy or in a party to the

23 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

24 substantially affected by the outcome of this proceeding:

25       1.      Community One Financial & Real Estate Services Corp, a California corporation.

26 ///

27 ///

28

1

CERTIFICATE OF INTERESTED ENTITIES
C07-04027 EMC
157781

2.   Yama Marifat.

Respectfully Submitted,

Date: November 7, 2007

RANDICK O'DEA & TOOLIATOS, LLP

By: _____
    Patrick E. Guevara

Attorneys for Plaintiff AJMAL AKBAR dba COMMUNITY ONE FINANCIAL AND REAL ESTATE SERVICES