**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking    General Court Number
Clerk    415.522.2000

**November 8, 2007**

CASE NUMBER:  CV 07-04027 EMC
CASE TITLE:  AJMAL AKBAR-v-LEXINGTON INSURANCE COMPANY

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Maxine M. Chesney** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 11/8/07

FOR THE EXECUTIVE COMMITTEE:

_____
                    Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies        Special Projects
Log Book Noted                Entered in Computer 11/8/07ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel            Transferor CSA