IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AJMAL AKBAR, an individual doing business as COMMUNITY ONE FINANCIAL AND REAL ESTATE SERVICES,<br><br>    Plaintiff,<br><br>  v.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation,<br><br>    Defendant.<br>_____/ | No. C-07-4027 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

  Before the Court is the Amended Case Management Conference Statement, filed November 30, 2007 by plaintiff, wherein plaintiff represents that defendant has not yet been served with the summons and complaint.

  Given the current status of the case, the December 7, 2007 Case Management Conference in the above-titled matter is hereby CONTINUED to February 1, 2008 at 10:30 a.m. The parties shall file a Joint Case Management Statement no later than January 25, 2008.

  **IT IS SO ORDERED.**

Dated: December 5, 2007

MAXINE M. CHESNEY
United States District Judge