```
 1  Randolph S. Hicks, Esq. - SBN 83627
    CODDINGTON, HICKS & DANFORTH
 2  A Professional Corporation, Lawyers
    555 Twin Dolphin Drive, Suite 300
 3  Redwood City, California 94065-2133
    Tel. (650) 592-5400
 4  Fax.(650) 592-5027

 5  ATTORNEYS FOR Defendant
    LEXINGTON INSURANCE COMPANY
 6
 7
 8              UNITED STATES DISTRICT COURT
 9          FOR THE DISTRICT OF NORTHERN CALIFORNIA
10                    OAKLAND DIVISION
11
12  AJMAL AKBAR, an individual doing      No. C07-04027 EMC
    business as COMMUNITY ONE
13  FINANCIAL AND REAL ESTATE             STIPULATION EXTENDING TIME TO
    SERVICES,                             RESPOND TO COMPLAINT
14
              Plaintiff,
15
    vs.
16
    LEXINTGON INSURANCE COMPANY,
17  a Delaware corporation,
18            Defendants.
19  _____/
20       IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO, by and through their
21  respective counsel, that defendant Lexington Insurance Company shall have an extension of time
22  to and including January 7, 2008, within which to serve and file its response to the complaint.
23  Dated: December 28, 2007              CODDINGTON, HICKS & DANFORTH
24
                                          By: _____
25                                            Randolph S. Hicks
                                              Attorneys for Defendant
26                                            Lexington Insurance Company
27  Dated: 12/31/07                       By: _____
28                                            Patrick Guavara
                                              Attorneys for Plaintiff
```

Stipulation Extending Time to Respond to Complaint