1  Randolph S. Hicks, Esq. - SBN 83627
   **CODDINGTON, HICKS & DANFORTH**
2  **A Professional Corporation, Lawyers**
   555 Twin Dolphin Drive, Suite 300
3  Redwood City, California 94065-2133
   Tel. (650) 592-5400
4  Fax.(650) 592-5027

5  **ATTORNEYS FOR** Defendant
   LEXINGTON INSURANCE COMPANY

6

7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE DISTRICT OF NORTHERN CALIFORNIA**

10                    **OAKLAND DIVISION**

11

12  AJMAL AKBAR, an individual doing        No. C07-04027 EMC
    business as COMMUNITY ONE
13  FINANCIAL AND REAL ESTATE              ANSWER TO COMPLAINT OF
    SERVICES,                              DEFENDANT LEXINGTON
14                                         INSURANCE COMPANY
                    Plaintiff,
15
    vs.
16
    LEXINGTON INSURANCE COMPANY,
17  a Delaware corporation,

18                  Defendants.

19  _____/

20       In response to plaintiff's complaint, defendant Lexington Insurance Company hereby admits,

21  denies and avers as follows:

22                    **I. THE PARTIES**

23       1.    Answering the allegations of paragraph 1 of the complaint, defendant lacks knowledge

24  or information sufficient to form a belief as to the truth of said allegations.

25       2.    Answering the allegations of paragraph 2 of the complaint, defendant admits such

26  allegations.

27  ///

28  ///

_____
Answer to Complaint of Defendant Lexington Insurance
Company

## II. NATURE OF ACTION

3.    Answering the allegations of paragraph 3 of the complaint, defendant denies generally and specifically said allegations.

## III. JURISDICTION AND VENUE

4.    Answering the allegations of paragraph 4 of the complaint, defendant admits that the court has diversity jurisdictions and that plaintiff alleges damages in excess of $75,000.

5.    Answering the allegations of paragraph 5 of the complaint, defendant admits said allegations.

## IV. INTRADISCTRICT ASSIGNMENT

6.    Answering the allegations of paragraph 6 of the complaint, defendant admits said allegations.

## V. BACKGROUND ALLEGATIONS

7.    Answering the allegations of paragraph 7 of the complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations.

8.    Answering the allegations of paragraph 8 of the complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations.

9.    Answering the allegations of paragraph 9 of the complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations.

10.    Answering the allegations of paragraph 10 of the complaint, defendant admits said allegations.

11.    Answering the allegations of paragraph 11 of the complaint, defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations.

12.    Answering the allegations of paragraph 12 of the complaint, defendant denies generally and specifically said allegations.

13.    Answering the allegations of paragraph 13 of the complaint, defendant denies generally and specifically said allegations.

14.    Answering the allegations of paragraph 14 of the complaint, defendant denies generally and specifically said allegations.

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

Answer to Complaint of Defendant Lexington Insurance
Company

2

1    15.    Answering the allegations of paragraph 15 of the complaint, defendant denies generally

2    and specifically said allegations.

3    16.    Answering the allegations of paragraph 16 of the complaint, defendant denies generally

4    and specifically said allegations.

5    17.    Answering the allegations of paragraph 17 of the complaint, defendant denies generally

6    and specifically said allegations.

7    18.    Answering the allegations of paragraph 18 of the complaint, defendant denies generally

8    and specifically said allegations.

9    19.    Answering the allegations of paragraph 19 of the complaint, defendant denies generally

10   and specifically said allegations.

11   20.    Answering the allegations of paragraph 20 of the complaint, defendant denies generally

12   and specifically said allegations.

13   21.    Answering the allegations of paragraph 21 of the complaint, defendant lacks knowledge

14   or information sufficient to form a belief as to the truth of said allegations.

15   **VI.  FIRST CLAIM FOR RELIEF:**
     **BREACH OF CONTRACT**

16

17   22.    Answering the allegations of paragraph 22 of the complaint, which reallege and

18   incorporate by reference the allegations of paragraph 1 through 21 of the complaint, defendant

19   realleges and incorporates by reference its answers to said paragraphs.

20   23.    Answering the allegations of paragraph 23 of the complaint, defendant denies generally

21   and specifically said allegations.

22   24.    Answering the allegations of paragraph 24 of the complaint, defendant lacks knowledge

23   or information sufficient to form a belief as to the truth of said allegations.

24   25.    Answering the allegations of paragraph 25 of the complaint, defendant denies generally

25   and specifically said allegations.

26   26.    Answering the allegations of paragraph 26 of the complaint, defendant denies generally

27   and specifically said allegations.

28   ///

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

3

Answer to Complaint of Defendant Lexington Insurance
Company

27.    Answering the allegations of paragraph 27 of the complaint, defendant denies generally and specifically said allegations.

### VII. SECOND CLAIM FOR RELIEF:
### BREACH OF THE COVENANT OF GOOD FAITH AND FAIR DEALING

28.    Answering the allegations of paragraph 28 of the complaint, which reallege and incorporate by reference the allegations of paragraph 1 through 27 of the complaint, defendant realleges and incorporates by reference its answers to said paragraphs.

29.    Answering the allegations of paragraph 29 of the complaint, defendant denies generally and specifically said allegations.

30.    Answering the allegations of paragraph 30 of the complaint, defendant denies generally and specifically said allegations.

31.    Answering the allegations of paragraph 31 of the complaint, defendant denies generally and specifically said allegations.

32.    Answering the allegations of paragraph 32 of the complaint, defendant denies generally and specifically said allegations.

33.    Answering the allegations of paragraph 33 of the complaint, defendant denies generally and specifically said allegations.

34.    Answering the allegations of paragraph 34 of the complaint, defendant denies generally and specifically said allegations.

35.    Answering the allegations of paragraph 35 of the complaint, defendant denies generally and specifically said allegations.

36.    Answering the allegations of paragraph 36 of the complaint, defendant denies generally and specifically said allegations.

37.    Answering the allegations of paragraph 37 of the complaint, defendant denies generally and specifically said allegations.

///
///
///

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

Answer to Complaint of Defendant Lexington Insurance Company

## VIII.  THIRD CLAIM FOR RELIEF:
### UNFAIR BUSINESS PRACTICES PURSUANT TO CALIFORNIA BUSINESS AND PROFESSIONS CODE SECTION 17200 ET SEQ.

38.    Answering the allegations of paragraph 38 of the complaint, which reallege and incorporate by reference the allegations of paragraph 1 through 37 of the complaint, defendant realleges and incorporates by reference its answers to said paragraphs.

39.    Answering the allegations of paragraph 39 of the complaint, defendant denies generally and specifically said allegations.

40.    Answering the allegations of paragraph 40 of the complaint, defendant denies generally and specifically said allegations.

41.    Answering the allegations of paragraph 41 of the complaint, defendant denies generally and specifically said allegations.

AS A FURTHER, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that said complaint, and each cause of action thereof, fails to state facts sufficient to constitute a cause of action against this defendant.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that said complaint, and each cause of action thereof, fails to state facts sufficient to constitute a claim for punitive damages against this defendant.

AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that said complaint, and each cause of action thereof, is barred by the doctrines of waiver and estoppel.

AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that plaintiff's complaint, and each cause of action thereof, is barred to the extent plaintiff has failed to perform all of his obligations, conditions and duties, precedent and subsequent, if any, under the policy of insurance issued by or through this defendant as identified in plaintiff's complaint.

///

///

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

Answer to Complaint of Defendant Lexington Insurance Company

1       AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

2  FILE HEREIN, this answering defendant alleges that plaintiff's complaint, and each cause of action

3  thereof, is barred, in whole or in part, by the exclusions, definitions, policy provisions, endorsements

4  and other terms and conditions contained in the policy of insurance issued by or through this

5  defendant as identified in plaintiff's complaint.

6       AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT ON

7  FILE HEREIN, this answering defendant alleges that defendant's policy of insurance did not cover

8  amounts paid or incurred by plaintiff voluntarily and/or without the consent of and prior notice of

9  that claim and litigation to defendant.

10      AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE COMPLAINT

11  ON FILE HEREIN, this answering defendant alleges that it was justified and legally excused in and

12  about the matters alleged in the complaint, thus barring plaintiff from any recovery or entitlement

13  to equitable remedies.

14      WHEREFORE, defendant prays that plaintiff take nothing against said defendant by his said

15  complaint, that defendant have judgment for its costs of suit herein incurred, together with such

16  other and further relief as may be just and proper.

17

18  Dated: January 3, 2008           CODDINGTON, HICKS & DANFORTH

19

20                    /s/

                 By:_____

21                   Randolph S. Hicks
                   Attorneys for Defendant

22                   Lexington Insurance Company

23

24

25

26

27

28

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

Answer to Complaint of Defendant Lexington Insurance
Company