Randolph S. Hicks - SBN 83627
**CODDINGTON, HICKS & DANFORTH**
**A Professional Corporation, Lawyers**
555 Twin Dolphin Drive, Suite 300
Redwood City, California 94065-2133
Telephone: 650-592-5400
Facsimile: 650-592-5027

Attorneys for Defendant
Lexington Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTHERN CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AJMAL AKBAR, an individual doing business as COMMUNITY ONE FINANCIAL REAL ESTATE SERVICES,<br><br>Plaintiff,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation,<br><br>Defendants. | **Case No:** C07-04027 MMC<br><br>**CERTIFICATION AS TO INTERESTED PARTIES [CIVIL LR.3-16]** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities may (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Defendant Lexington Insurance Company;

2. AIG Casualty Company;

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

1

CERTIFICATION AS TO INTERESTED
PARTIES [CIVIL LR.3-16]
Case No. C07-04027 EMC

3. The Insurance Company of the State of Pennsylvania;

4. National Union Fire Insurance Company of Pittsburgh, Pennsylvania; and

5. AIG Group.

Date: January 30, 2008            CODDINGTON, HICKS & DANFORTH

/s/
By: _____
Randolph S. Hicks

Attorneys for Defendant LEXINGTON INSURANCE COMPANY

CODDINGTON, HICKS
& DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #300
Redwood City, CA 94065
(650) 592-5400

2

CERTIFICATION AS TO INTERESTED
PARTIES [CIVIL LR.3-16]
Case No. C07-04027 EMC