**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

**E-Filing**

Date: FEB X 1 2008

C-07-4027-MMC

AJMAL AKBAR et al    v    LEXINGTON INSURANCE

Attorneys:  PATRICK GUEVARA        RANDOLPH HICKS

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**PROCEEDINGS:**                **RULING:**

1. _____  _____
2. _____  _____
3. _____  _____
4. _____  _____

( ) Status Conference   ( ) P/T Conference   (✓) Initial Case Management Conference

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 11/14/08.
Meet & confer by 12/29/08.   Joint statement due by 10/31/08.

(✓) ORDER TO BE PREPARED BY:   Plntf____  Deft____  Court ✓
(✓) Referred to ~~Magistrate~~ ADR For: Mediation
     (✓)By Court
(✓) CASE CONTINUED TO  11/7/08 @ 10:30  for  Further Status Conference

Discovery Cut-Off  9/5/08        Expert Discovery Cut-Off  10/31/08
π/Δ
~~Plntf~~ to Name Experts by  9/26/08       π/Δ ~~Deft~~ to Name Experts by  10/10/08

P/T Conference Date  2/3/09 @ 3:00    Trial Date  2/17/09 @ 9:00  Set for  5-7  days
                   Type of Trial: (✓)Jury   ( )Court  (TUESDAY)
Notes: _____

CC: ADR/MED