# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Akbar,<br><br>            Plaintiff(s),<br><br>     v.<br><br>Lexington Insurance Company,<br><br>            Defendant(s). | 07-04027 MMC MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**J. Daniel Sharp**
Folger Levin & Kahn
275 Battery St., 23rd Fl.
San Francisco, CA 94111
415-365-7372

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.
3
4  Dated: February 15, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-04027 MMC MED                - 2 -