1  **Leslie A. Baxter, SBN 148195**
   lbaxter@randicklaw.com
2  **Patrick E. Guevara, SBN 202727**
   pguevara@randicklaw.com
3  **RANDICK O'DEA & TOOLIATOS, LLP**
   5000 Hopyard Road, Suite 400
4  Pleasanton, CA 94588
   Phone  (925) 460-3700
5  Fax      (925) 460-0969

6  Attorneys for Plaintiff AJMAL AKBAR dba COMMUNITY ONE FINANCIAL AND REAL ESTATE SERVICES

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| AJMAL AKBAR, an individual doing business as COMMUNITY ONE FINANCIAL AND REAL ESTATE SERVICES,<br><br>                    Plaintiff,<br><br>     vs.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation,<br><br>                    Defendant. | Case No.: C07-04027 MCC<br><br>**NOTICE AND STIPULATION OF DISMISSAL WITH PREJUDICE** |

TO THE COURT CLERK:

In accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff dismisses the above titled action with prejudice.


Date:   April 7, 2008                    RANDICK O'DEA & TOOLIATOS LLP

                                                            /s/
                                         By: _____
                                                    Patrick E. Guevara

                                         Attorneys for Plaintiff AJMAL AKBAR dba
                                         COMMUNITY ONE  FINANCIAL AND
                                         REAL ESTATE SERVICES

1

1  SO STIPULATED:

3  Date:   April 7, 2008                    CODDINGTON, HICKS & DANFORTH

4                                                          /s/
                                           By: _____
5                                               Sarvenaz J. Fahimi

6                                          Attorneys for Defendant LEXINGTON
                                           INSURANCE COMPANY